■ In the Matter of JAMES D. HICKS, Appellant, v WALTER FOGG, as Superintendent of the Eastern New York Correctional Facility, et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term (Cobb, J.), entered October 15, 1981 in Ulster County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to annul a determination made following a superintendent's proceeding. Judgment affirmed, without costs, on the opinion of Mr. Justice George L. Cobb at Special Term. Mahoney, P. J., Kane, Main, Mikoll and Yesawich, Jr., JJ., concur.